IN THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR COLLIER COUNTY, FLORIDA

CIVIL DIVISION

CASE NO:

EDWARD MAZUR,

      **Plaintiff,**

vs.

THE STANDARD FIRE INSURANCE COMPANY,

      **Defendant.**

_____ /

## COMPLAINT

Plaintiff, EDWARD MAZUR, sues Defendant, THE STANDARD FIRE INSURANCE COMPANY and alleges:

1. This is an action for damages that exceed Fifty Thousand Dollars ($50,001.00), exclusive of interest, costs and attorneys' fees.

2. Plaintiff is a resident of Collier County, Florida.

3. At all times material to this action, Defendant, THE STANDARD FIRE INSURANCE COMPANY, was a corporation authorized to do business and doing business in Collier County, Florida.

4. On or about February 5, 2022, Plaintiff was riding his bicycle North on Gulf Shore Boulevard N, when he was hit by NATALIE JEAN SMITH.

5. At that time and place, NATALIE JEAN SMITH was the underinsured/uninsured owner and operator of a motor North on Gulf Shore Boulevard N, in Collier County, Naples, FL.

1

6. At that time and place, NATALIE JEAN SMITH negligently operated and/or maintained the motor vehicle so that it hit the Plaintiff.

## COUNT I

### CLAIM OF EDWARD MAZUR AGAINST THE STANDARD FIRE INSURANCE COMPANY FOR UNDERINSURED MOTORIST BENEFITS

7. Plaintiff, EDWARD MAZUR, realleges and incorporates by reference paragraphs 1-6 and further states:

8. On or about February 5, 2022, Defendant, THE STANDARD FIRE INSURANCE COMPANY, issued and delivered to Plaintiff a policy of insurance numbered 0CLP89-609401982-203-1 which was in full force and effect on the date of the accident.

9. Under the terms of the insurance policy, Defendant provided underinsured motorist coverage for Plaintiff in the amount of $500,000.00.

10. Defendant, THE STANDARD FIRE INSURANCE COMPANY, has in its custody and control a copy of the insurance policy a copy of the policy and is therefore not attached but a copy of the Declaration Page is attached as Exhibit "A."

11. At all times material to this action, NATALIE JEAN SMITH was an underinsured motorist in that she carried minimal liability insurance coverage with limits less than Plaintiff's total damages as a result of the accident.

12. Plaintiff has furnished Defendant, THE STANDARD FIRE INSURANCE COMPANY, timely notice of the automobile accident and proof of the claim for damages described above and has otherwise performed all conditions precedent to entitle recovery under the underinsured portion of the policy but Defendant, THE STANDARD FIRE INSURANCE COMPANY, has refused to pay Plaintiff for the full value of the claim.

13.     As a direct and proximate result of 's negligence, Plaintiff suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life.  The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.  **WHEREFORE**, Plaintiff, EDWARD MAZUR, demands judgment for damages against Defendant, THE STANDARD FIRE INSURANCE COMPANY, and other such relief deemed proper by the Court.  Plaintiff also demands a jury trial on all issues so triable.

**RESPECTFULLY** submitted this 17th day of March, 2023.

                                             */s/ Blake Lange*
                                     BLAKE LANGE, ESQUIRE
                                     FBN:  100292
                                     Morgan & Morgan, P.A.
                                     4851 Tamiami Trl N., Ste. 400
                                     Naples, Florida 34103
                                     Phone:  (239) 432-6616
                                     Attorneys for Plaintiff
                                     E-Mail:  blange@forthepeople.com
                                                                   lmiller@forthepeople.com