UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

EDWARD MAZUR,

    Plaintiff(s)　　　　　　　　　　Case No: 2:23-cv-00389-JES-NPM
　　　　　　　　　　　　　　　　　　　Mediator: Donna Lugar
　　　　　　　　　　　　　　　　　　　Mediator #: 160666CR

vs.

THE STANDARD FIRE INSURANCE
COMPANY,

    Defendant(s)

## **MEDIATION REPORT OF AGREEMENT REACHED**

A mediation conference was held on September 10, 2024, and the results of that conference are indicated below:

a. The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference and each possessed the requisite authority: all individual parties and their respective trial counsel, designated corporate parties and any required claims professionals.
b. The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered: None.
c. The outcome of the mediation conference was as follows: A complete settlement was reached on the Plaintiff's claims against Defendant(s).

**I CERTIFY** that on the 10th day of September, a true and correct copy of the foregoing was served electronically to the addresses on file in this matter for the following

1 | P a g e

2 | P a g e

counsel of record:

| Attorney for Plaintiff(s): | Isabel D. Barroso & Brittany Panter, Morgan and Morgan |
|---|---|
| Attorney for Defendant(s) | Christopher Pate, Banker Lopez Gassler |

                                                  Respectfully Submitted,

*s/ Donna Lugar*
Donna Lugar, Inc.
Donna Lugar, Mediator #160666CR
**5020 Clark Rd., #514, Sarasota, FL  34233**
Email:   donna@donnalugar.com (primary)
Email:   donnatisch.com@gmail.com (secondary)
Phone:   941-600-9431
Website:  www.donnalugar.com