```
UNITED STATES DISTRICT COURT
  MIDDLE DISTRICT OF FLORIDA
      FORT MYERS DIVISION
```

EDWARD MAZUR,

    Plaintiff,

v.                        Case No:  2:23-cv-389-JES-NPM

THE STANDARD FIRE INSURANCE COMPANY,

    Defendant.

_____

## ORDER

On September 10, 2024, the Court entered an Order (Doc. #36) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __15th__ day of October 2024.

_/s/ John E. Steele_
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record